AO 91 (Rev. 5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

FILED
JUN 27 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA
V.
Karem Garcia                35

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:22-M-01493,601

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 26, 2022__ in __Val Verde__ County, in the __Western__ District of __Texas__ defendant(s) did, (Track Statutory Language of Offense)

in a matter within the Jurisdiction of the United States Department of Homeland Security, Customs and Border Protection, a Department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representation as to the material fact

in violation of Title __18__ United States Code, Section(s) __1001__ .

I further state that I am a(n) __CBP Officer (Enforcement)__ and that this complaint is based on the following facts: That on or about June 26, 2022

The DEFENDANT, a United States Citizen, did knowingly and willfully make false, fictitious, and fraudulent statements and representations as to material facts. United States Department of Homeland Security, Customs and Border Protection inspection is a matter within the jurisdiction of the executive branch of the Government of the United States. The DEFENDANT attempted to smuggle her undocumented husband at Del Rio, Texas Port of Entry located within the Western District of Texas by using her son's US Passport# 557930714 issued on 04/05/2017 under the name of Christopher Garcia with a DOB 06/29/2006. Further investigation revealed that DEFENDANT husband's true name was Jesus Garcia Garcia with a DOB 06/22/1983 a native and citizen of Mexico with no legal documents to enter or reside in the United States.

Continued on the attached sheet and made a part hereof:   ☐ Yes   ☒ No

Jose Forteza, CBP Officer (E)
Signature of Complainant

Sworn to before me and subscribed in my presence,

__June 27, 2022__                            at   Del Rio, Texas
Date                                               City and State

Collis White
United States Magistrate Judge
Name & Title of Judicial Officer                  Signature of Judicial Officer